UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN FITZGERALD KEPFORD,

    Plaintiff,

v.                                      Case No: 8:17-cv-1931-T-30MAP

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Mark A. Pizzo (Dkt. 24). In light of the fact the Commissioner's Motion for Entry of Judgment with Remand (Dkt. 23) is unopposed, the Court need not wait for the standard deadline for written objections to the Report and Recommendation to be filed by the parties.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 24) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The Commissioner's Unopposed Motion for Entry of Judgment with Remand (Dkt. 23) is GRANTED.

3. The case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

4. The Clerk of Court is directed to enter judgment for the Plaintiff and administratively close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of July, 2018.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record